Commonwealth, Appellant *v.* Dohanich.

Argued April 11, 1973. *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellant; *Paul A. Simmons,* with him *Hormell, Tempest, Simmons, Bigi & Melenyzer,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.


Commonwealth *v.* Gaylor, Appellant.

Argued April 10, 1973. *Samuel J. Pasquarelli,* with him *Samuel M. Pasquarelli,* for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.